**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GALINA IGNATYEV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **GALINA IGNATYEV,** | No.   2:16-CV-02579-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 17, 2017.

This is a first extension.

/////

/////

1

Dated:  April 4, 2017                    /s/    *Jesse S. Kaplan*
                                         JESSE S. KAPLAN
                                         Attorney for Plaintiff




                                         PHILLIP A. TALBERT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Counsel, Region IX
                                         Social Security Administration


Dated:  April 4, 2017                       */s/ per e-mail authorization*

                                         BEN PORTER
                                         Special Assistant U.S. Attorney
                                         Attorney for Defendant




## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to  April 17, 2017.

SO ORDERED.

Dated:  April 6, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2