**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GALINA IGNATYEV**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **GALINA IGNATYEV,** | No.   2:16-CV-02579-EFB |
| **Plaintiff,** | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys and with the permission of the Court, that plaintiff's time to file a reply brief is extended from June 7 to June 12, 2017.

[Pleading Title] - 1

| | |
|---|---|
| Dated: June 7, 2017 | /s/ Jesse S. Kaplan |
| | JESSE S. KAPLAN |
| | Attorney for Plaintiff |

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: June 7, 2017   /s/ per e-mail authorization

BEN A. PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

The requested extension of plaintiff's time to file a reply brief is granted, and plaintiff may file a reply brief on or before June 12, 2017.

SO ORDERED.

Dated: 6/7/17

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE